No. 95–1209. CUENCA *v.* DEPARTMENT OF EDUCATION. C. A. 10th Cir. Certiorari denied.

No. 95–1210. LELAND *v.* MORRIS ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–1215. MIN-JU CHANG *v.* PENA, SECRETARY OF TRANSPORTATION. C. A. 3d Cir. Certiorari denied.

No. 95–1220. PUGLIATTI *v.* PENNSYLVANIA WORKMEN'S COMPENSATION BOARD. C. A. 3d Cir. Certiorari denied.

No. 95–1231. BIC CORP. *v.* BEAN ET AL. Sup. Ct. Ala. Certiorari denied.

No. 95–1235. TINO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–1238. PANIS *v.* MISSION HILLS BANK, N. A., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1253. ALEEM *v.* INTERNATIONAL UNION OF AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–6737. HOCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6925. VELASQUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7295. OMARA *v.* INTERNATIONAL SERVICE SYSTEMS, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–7300. MCGINNIS ET AL. *v.* BLODGETT, DEPUTY DIRECTOR, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7303. JONES *v.* WILLIAMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–7305. JONES *v.* SCHLEICHER ET AL. C. A. 6th Cir. Certiorari denied.